UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00162-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **REGINALD JACKSON,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's letter dated June 16, 2013, addressing a concern he has with the drug quantity contained in the draft PSR. Defendant is advised that his attorney has obtained an extension of time to investigate that matter and file any objection. Defendant is further advised that while he wants such issue resolved immediately, the procedure for resolution of such dispute is governed by the Federal Rules of Criminal Procedure, which his attorney is following by obtaining an extension of time to investigate. Finally, defendant is advised that he should not send letters to the court, as such letters may contain admissions by him that could later be used against him by the government. To protect defendants, the Local Criminal Rules require that motions by represented parties only be filed by counsel.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's June 16, 2013, letter, to the extent it contains a request for relief, is **DENIED** without prejudice.

Signed: June 25, 2013

Max O. Cogburn Jr.
United States District Judge