UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00162-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **REGINALD JACKSON,** | ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's counseled Motion for Early Termination of Supervised Release. Despite the excellent report by counsel, the motion does not reflect consultation with the United State Attorney and, most importantly, defendant's supervising officer. Having considered defendant's counseled motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the <u>government</u> file its Response to defendant's counseled Motion for Early Termination of Supervised Release (#44) within 14 days of entry of this Order.

The Clerk of Court is respectfully instructed to provide the United States Probation Office with a copy of this Order, and <u>United States Probation</u> is requested to file a notice of its position on such request within 14 days of entry of this Order.

Signed: September 27, 2018

Max O. Cogburn Jr
United States District Judge