UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00162-MOC

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **REGINALD JACKSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Early Termination of Supervised Release. While counsel makes a good argument for early termination, the Court concurs in the government's and the United States Probation Office's position that defendant's placement in a higher risk category, due to a prior assault conviction, warrants remaining on supervision due to community safety.

Defendant is, however, commended for his post-release success and the Court looks forward to hearing from the United States Probation Office or counsel when defendant successfully completes his period of supervision. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release (#47) is **DENIED.**

Signed: September 28, 2018

Max O. Cogburn Jr
United States District Judge